IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL D. RIX,                        )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )    Case No. 10-1224-CM-JPO
                                       )
TERRY MCCLURE, in his official capacity as )
administrator of Cowley County Department of )
Corrections,                           )
                                       )
            Defendant.                 )
_____)

## AGREED PROTECTIVE ORDER
## REGARDING CONFIDENTIAL INFORMATION

NOW, on this 12th day of August 2011, the Court hereby enters a protective order pursuant to Fed. R. Civ. P. 26(c). This case arises out of a claim asserted by plaintiff that defendant violated the Americans with Disabilities Act while plaintiff was imprisoned at Cowley County Jail. Defendant has been ordered to produce a floor plan/blue print of the Cowley County Jail. These document(s) are of the type that are ordinarily deemed confidential. Therefore, on joint oral motion of the parties and for good cause shown, the Court orders that any such documents produced or disclosed during this litigation shall be used only for purposes of this lawsuit.

The Court further orders:

1.      That access to said floor plans and/or blue prints of the Cowley County Jail obtained under this Protective Order shall be limited to the parties, their counsel, clerical and staff persons employed by counsel, expert witnesses, and the Court;

2. That their use shall be restricted to pretrial, trial, and appellate proceedings in this case;

3. That such confidential documents may be filed under seal only upon separate, specific motion and later order of the Court;

4. That within thirty (30) days after the conclusion of this litigation, all copies of the confidential documents produced under this Protective Order shall either be destroyed or returned to the respective parties' counsel.

IT IS SO ORDERED.

Dated this 12th day of August, 2011, at Kansas City, Kansas.

  s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge

APPROVED:

s/Brooks Kancel  
Brooks Kancel, #10473  
Fleeson, Gooing, Coulson & Kitch, L.L.C.  
1900 Epic Center, 301 N. Main  
Wichita, Kansas 67202  
Tel: (316) 267-7361  
Fax: (316) 267-1754  
Email: bkancel@fleeson.com  
Attorneys for Defendant, The Board of County Commissioners of Sumner County

s/   Michael Rix  
Michael Rix  
1301 S. 2nd St.  
Arkansas City, Kansas 67005

(602) 307-6209
Email: rixmichael@rocketmail.com
*Pro Se* plaintiff